UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> MARK F. MARCHESE, </br> FRANK R. BOWMAN, JR., </br>  Defendants. | 04 CR 10293 JLT </br> CRIMINAL NO.: </br></br> Count 1: 18 U.S.C. § 2113(d) </br>  Armed Bank Robbery </br> Count 2: 18 U.S.C. § 922(g)(1) </br>  Felon in Possession </br>  of a Firearm </br> Count 3: 18 U.S.C. § 924(c) </br>  Use of a Firearm During </br>  Crime of Violence |

## SUPERSEDING INDICTMENT

**COUNT ONE**: 18 U.S.C. § 2113(d) – Armed Bank Robbery

The Grand Jury charges that:

On or about August 19, 2004, at Malden, in the District of Massachusetts,

**MARK F. MARCHESE**
**and**
**FRANK R. BOWMAN, JR.,**

the defendants herein, did, by force and violence and by intimidation, take from the person and presence of employees of the Citizen's Bank, money in the amount of $26,664.68, more or less, belonging to and in the care, custody, control, management and possession of the said Citizen's Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation; and in committing the aforesaid offense, the defendants herein did assault and put in jeopardy the lives of other persons by the use of a dangerous weapon, namely, a firearm.

All in violation of Title 18, United States Code, Section 2113(d).

**COUNT TWO**: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

The Grand Jury further charges that:

On or about August 19, 2004, at Malden, in the District of Massachusetts,

**MARK F. MARCHESE,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: one 7.62 x 39 mm Norinco assault-style rifle, Model SKS, bearing serial number 9211689.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT THREE**: 18 U.S.C. § 924(c) – Use of a Firearm During Crime of Violence

The Grand Jury further charges that:

On or about August 19, 2004, at Malden, in the District of Massachusetts,

**MARK F. MARCHESE
and
FRANK R. BOWMAN, JR.**,

the defendants herein, did knowingly use, carry and brandish a firearm, to wit, an assault rifle, during and in relation to the crime of violence charged in Count One of this Indictment, to wit: armed bank robbery, in violation of Title 18, United States Code, Section 2113(d).

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

1. The armed robbery that is the subject of Count One involved the taking of the property of a financial institution, as described in U.S.S.G. § 2B3.1(b)(1).

2. The armed robbery that is the subject of Count One involved the brandishment and possession of a firearm, as described in U.S.S.G. § 2B3.1(b)(2).

3. The armed robbery that is the subject of Count One involved a loss of between $10,000 and $50,000, as desribed in U.S.S.G. § 2B3.1(b)(7)(B).

4. At the time of the defendants' commission of the armed robbery that is the subject of Count One, defendant Marchese was 34 years old and had at least two prior felony convictions of either a crime of violence or controlled substance offense, as described in U.S.S.G. § 4B1.1.


A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY


_____
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS ; October 27, 2004, at __12:40 pm__.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

10/27/04
@ 12:40 pm

04 CR 10293 JLT

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                                           **U.S. District Court - District of Massachusetts**

**Place of Offense:**            Category No. II            Investigating Agency  FBI

City    Malden                **Related Case Information:**

County  Middlesex             Superseding Ind./ Inf.  X              Case No.  04-10293-JLT
                              Same Defendant  X                      New Defendant _____
                              Magistrate Judge Case Number    MJ - 04-36-LPC
                              Search Warrant Case Number   _____
                              R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   MARK F. MARCHESE              Juvenile  ☐ Yes  ☒ No

Alias Name   unknown

Address   219 Russell Street, Everett, MA

Birth date: 1970    SS#: 4347    Sex: M    Race: Caucasian    Nationality: USA

Defense Counsel if known:   Ed Hayden        Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Paul R. Moore                    Bar Number if applicable  632312

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date:   August 25, 2004

☒ Already in Federal Custody as   detainee   in   Plymouth Co. House / Corrections
☐ Already in State Custody _____       ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty    ☐ Misdemeanor    ☒ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 27, 2004           Signature of AUSA: _____

&JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

`04CR10293JLT`

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**   **MARK F. MARCHESE**

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 2113(d) | Armed Bank Robbery | 1 |
| Set 2  18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm and Ammunition | 2 |
| Set 3  18 U.S.C. § 924(c) | Use of a Firearm During a Crime of Violence | 3 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**District Court Case Number**  (To be filled in by deputy

**Name of Defendant**     MARK F. MARCHESE

**ADDITIONAL INFORMATION:**

js 45 - Armed Bank Robbery - 2004 - Marchese.wpd - 3/13/02

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**04CR 10293 JLT**

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** II  **Investigating Agency** FBI

City  Malden  **Related Case Information:**

County  Middlesex  Superseding Ind./ Inf.  X   Case No.  04-10293-JLT
Same Defendant ___ New Defendant  X
Magistrate Judge Case Number ___
Search Warrant Case Number ___
R 20/R 40 from District of ___

**Defendant Information:**

Defendant Name  FRANK R. BOWMAN, JR.   Juvenile  ☐ Yes  ☒ No

Alias Name  unknown

Address  19 Waters Avenue, Everett, MA

Birth date: 1971   SS#: 8610   Sex: M   Race: Caucasian   Nationality: USA

Defense Counsel if known: ___   Address: ___

Bar Number: ___

**U.S. Attorney Information:**

AUSA  Paul R. Moore   Bar Number if applicable  632312

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: ___

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: ___

☐ Already in Federal Custody as ___ in ___
☐ Already in State Custody ___   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  Mag. Judge L. Cohen   on  Oct. 11, 2004

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  October 27, 2004   Signature of AUSA: ___

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

04CR10293JLT

**District Court Case Number**  (To be filled in by deputy

**Name of Defendant**     FRANK R. BOWMAN, JR.

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2113(d) | Armed Bank Robbery | 1 |
| Set 2 | 18 U.S.C. § 924(c) | Use of a Firearm During a Crime of Violence | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**    FRANK R. BOWMAN, JR. _____

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

_____

js 45 - Armed Bank Robbery - 2004 - Bowman.wpd - 3/13/02