AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>FRANK R. BOWMAN, JR<br>19 WATERS AVENUE<br>EVERETT, MA<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR 04-10293-JLT |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>UNITED STATES DISTRICT COURT - DIST. OF MASSACHUSETTS<br>1 COURTHOUSE WAY<br>BOSTON, MA 02210<br><br>Before:    MAGISTRATE JUDGE LAWRENCE P. COHEN | Room<br>COURTROOM #23, 7TH<br><br>Date and Time<br>NOVEMBER 9, 2004 @ 11:15AM |
|---|---|

To answer a(n)

X   Indictment     ∗ ☐ Information     ∗ ☐ Complaint     ∗ ☐ Violation Notice     ∗ ☐ Probation Violation Petition

Charging you with a violation of Title    18    United States Code, Section(s)    2113(d);924(c)

Brief description of offense:
Armed Bank Robbery ; Use of a firearm during a crime of violence

| | |
|---|---|
| /S/ Maria Simeone<br>Signature of Issuing Officer | October 29,2004<br>Date |

MARIA SIMEONE , COURTROOM DEPUTY
Name and Title of Issuing Officer

Case 1:04-cr-10293-JLT    Document 16    Filed 10/29/2004    Page 2 of 2

AO83 (Rev. 12/85) Summons in a Criminal Case

| **RETURN OF SERVICE** |
|---|
| Date |
| Service was made by me |

| Check one box below to indicate appropriate method of service |
|---|

*☐  Served personally upon the defendant at: _____

*☐  Left summons at theLeft summons at the defendant s dwelling house or usual place of abode with a personLeft summon discretion then residing therein and mailed a copy of the summons to the defendant s last known address.
Name of person with whom the summons was _____

*☐  Returned unexecuted: _____

    II declare under penalty of perjury under the laws of the United States of AI declare under penalty of perjury un information contained in the Return of Service is true and correct.

Returned  _____                        _____
          Date                                    Name of United States Marshal

                                                  _____
                                                  (by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.