UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO.: 04-10293-JLT |
| ) | |
| MARK F. MARCHESE, ) | Count 1: 18 U.S.C. § 2113(d) |
| FRANK R. BOWMAN, JR., ) | Armed Bank Robbery |
| ANTHONY P. RAYMOND, ) | Count 2: 18 U.S.C. § 922(g)(1) |
| a/k/a Razor Ramone, ) | Felon in Possession |
| a/k/a Tony Ramone, ) | of a Firearm |
| a/k/a Tony Ramond, ) | Count 3: 18 U.S.C. § 924(c) |
| Defendants. ) | Use of a Firearm During |
| ) | Crime of Violence |

SUPERSEDING INDICTMENT

**COUNT ONE**: 18 U.S.C. § 2113(d) – Armed Bank Robbery

The Grand Jury charges that:

On or about August 19, 2004, at Malden, in the District of Massachusetts,

**MARK F. MARCHESE
and
FRANK R. BOWMAN, JR.,
and
ANTHONY P. RAYMOND,**

the defendants herein, did, by force and violence and by intimidation, take from the person and presence of employees of the Citizen's Bank, money in the amount of $26,664.68, more or less, belonging to and in the care, custody, control, management and possession of the said Citizen's Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation; and in committing the aforesaid offense, the defendants herein did assault and put in jeopardy the lives of other persons by the use of a dangerous weapon, namely, a firearm.

All in violation of Title 18, United States Code, Section 2113(d).

**COUNT TWO**: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

The Grand Jury further charges that:

On or about August 19, 2004, at Malden, in the District of Massachusetts,

## MARK F. MARCHESE,

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: one 7.62 x 39 mm Norinco assault-style rifle, Model SKS, bearing serial number 9211689.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT THREE**:  18 U.S.C. § 924(c) – Use of a Firearm During Crime of Violence

The Grand Jury further charges that:

On or about August 19, 2004, at Malden, in the District of Massachusetts,

**MARK F. MARCHESE
and
FRANK R. BOWMAN, JR.,
and
ANTHONY P. RAYMOND,**

the defendants herein, did knowingly use, carry and brandish a firearm, to wit, an assault rifle, during and in relation to the crime of violence charged in Count One of this Indictment, to wit: armed bank robbery, in violation of Title 18, United States Code, Section 2113(d).

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

1. The armed robbery that is the subject of Count One involved the taking of the property of a financial institution, as described in U.S.S.G. § 2B3.1(b)(1).

2. The armed robbery that is the subject of Count One involved the brandishment and possession of a firearm, as described in U.S.S.G. § 2B3.1(b)(2).

3. The armed robbery that is the subject of Count One involved a loss of between $10,000 and $50,000, as desribed in U.S.S.G. § 2B3.1(b)(7)(B).

4. At the time of the defendants' commission of the armed robbery that is the subject of Count One, defendant Marchese was 34 years old and had at least two prior felony convictions of either a crime of violence or controlled substance offense, as described in U.S.S.G. § 4B1.1.

5. At the time of the defendants' commission of the armed robbery that is the subject of Count One, defendant Raymond was 34 years old and had at least two prior felony convictions of either a crime of violence or controlled substance offense, as described in U.S.S.G. § 4B1.1.

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY


_____
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS ; December 8, 2004, at ___1:15___.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. __II__   Investigating Agency __FBI__

City __Malden__   **Related Case Information:**

County __Middlesex__   Superseding Ind./ Inf. __X__   Case No. __04-10293-JLT__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number __MJ - 04-36-LPC__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __MARK F. MARCHESE__   Juvenile ☐ Yes  ☒ No

Alias Name __unknown__

Address __219 Russell Street, Everett, MA__

Birth date: __1970__   SS#: __4347__   Sex: __M__   Race: __Caucasian__   Nationality: __USA__

Defense Counsel if known: __Ed Hayden__   Address: __7 Franklin Street__
__Lynn, MA 01902__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Paul R. Moore__   Bar Number if applicable __632312__

Interpreter: ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED: ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date: __August 25, 2004__

☒ Already in Federal Custody as of __detainee__ in __Plymouth Co. House / Corrections__.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: December 8, 2004   Signature of AUSA: _/s/ P. Moore_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    MARK F. MARCHESE

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2113(d) | Armed Bank Robbery | 1 |
| Set 2 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm and Ammunition | 2 |
| Set 3 | 18 U.S.C. § 924(c) | Use of a Firearm During a Crime of Violence | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     MARK F. MARCHESE

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js 45 - Armed Bank Robbery - 2004 - Marchese.wpd - 3/13/02

∿JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet                           U.S. District Court - District of Massachusetts

**Place of Offense:**                Category No. __II__                Investigating Agency __FBI__

City __Malden__                      Related Case Information:

County __Middlesex__                 Superseding Ind./ Inf. __X__          Case No. __04-10293-JLT__
                                     Same Defendant __X__                  New Defendant _____
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __FRANK R. BOWMAN, JR.__          Juvenile  ☐ Yes   ☒ No

Alias Name __unknown__

Address __19 Waters Avenue, Everett, MA__

Birth date: __1971__   SS#: __8610__   Sex: __M__   Race: __Caucasian__   Nationality: __USA__

Defense Counsel if known: __Charles A. Clifford__     Address: __305 Main Street__
                                                               __Charlestown, MA 02128__
Bar Number:

**U.S. Attorney Information:**

AUSA __Paul R. Moore__                           Bar Number if applicable __632312__

Interpreter:   ☐ Yes   ☒ No        List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested           ☒ Regular Process           ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __Mag. Judge L. Cohen__ on __Oct. 11, 2004__

Charging Document:   ☐ Complaint      ☐ Information      ☒ Indictment

Total # of Counts:   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __December 8, 2004__        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**   FRANK R. BOWMAN, JR.

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| **Set 1** | 18 U.S.C. § 2113(d) | Armed Bank Robbery | 1 |
| **Set 2** | 18 U.S.C. § 924(c) | Use of a Firearm During a Crime of Violence | 3 |
| **Set 3** | | | |
| **Set 4** | | | |
| **Set 5** | | | |
| **Set 6** | | | |
| **Set 7** | | | |
| **Set 8** | | | |
| **Set 9** | | | |
| **Set 10** | | | |
| **Set 11** | | | |
| **Set 12** | | | |
| **Set 13** | | | |
| **Set 14** | | | |
| **Set 15** | | | |

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     **FRANK R. BOWMAN, JR.** _____

ADDITIONAL INFORMATION:    _____

_____

_____

_____

_____

js 45 - Armed Bank Robbery - 2004 - Bowman.wpd - 3/13/02

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**         Category No. __II__         Investigating Agency __FBI__

City __Malden__         **Related Case Information:**

County __Middlesex__         Superseding Ind./ Inf.  __Superseding Ind__   Case No.  __04-10293-JLT__
Same Defendant _____   New Defendant __X__
Magistrate Judge Case Number   __04-MJ-00079-LPC__
Search Warrant Case Number  _____
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __ANTHONY P. RAYMOND__         Juvenile  ☐ Yes  ☒ No

Alias Name  __Razor Ramone; Tony Ramone; Tony Ramond__

Address  __Plymouth Co. House of Corrections__

Birth __1971__   SS#: __3386__   Sex: __M__   Race: __Caucasian__   Nationality: __USA__

Defense Counsel if known:  __Roger Witkin, Esq.__   Address: __6 Beacon St. Suite 1010__
                                                                                 __Boston, MA 02108__

Bar Number:  _____

**U.S. Attorney Information:**

AUSA  __Paul R. Moore__         Bar Number if applicable  __632312__

Interpreter:  ☐ Yes  ☒ No         List language and/or dialect:  _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested         ☐ Regular Process         ☒ In Custody

**Location Status:**

Arrest Date:  __November 12, 2004__

☒ Already in Federal Custody as of __November 12, 2004__ in __Plymouth Co. House of Corrections__.
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  December 8, 2004         Signature of AUSA: _____

≈JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):_____

**Name of Defendant**     __ANTHONY P. RAYMOND_____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2113(d) | Armed Bank Robbery | 1 |
| Set 2 | 18 U.S.C. § 924(c) | Use of a Firearm During a Crime of Violence | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

District Court Case Number  (To be filled in by deputy clerk):_____

Name of Defendant     ANTHONY P. RAYMOND_____

ADDITIONAL INFORMATION:  _____

_____

_____

_____

_____

js 45 - Armed Bank Robbery - 2004 - Raymond.wpd - 3/13/02