# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

DOCKET NO. 04CR10293JLT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| MARK F. MARCHESE, | ) |
| FRANK R. BOWMAN, JR., | ) |
| Defendants | ) |

## DEFENDANT FRANK R. BOWMAN, JR.'S MOTION TO AMEND PRE-TRIAL RELEASE CONDITIONS

Now comes the defendant Frank R. Bowman, Jr. in the above-entitled matter and moves this Honorable Court order that his pre trial release conditions be amended by removing the electronic tracking device and requiring the defendant to report to pre trial services one day a week in person and at least twice by telephone.

Defendant further states that allowance of said motion is reasonable under the circumstances of this case and is in the interest of justice.

[Handwritten annotation in margin: 1/11/05 - Motion allowed. /s/ Judge, U.S.D.J.]

Respectfully Submitted,
By His Attorney,

_____
CHARLES A. CLIFFORD
BBO #086700
305 Main Street
Charlestown, MA 02129
617-241-7440

Assented to:

_____
Paul R. Moore
Assistant United States Attorney

Dated: