UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10293-JLT

UNITED STATES OF AMERICA

v.

FRANK BOWMAN, JR.

AMENDED FINAL STATUS REPORT[1]

January 12, 2005

COHEN, M.J.

A Final Status Conference was held before this court on Tuesday, January 11, 2005, pursuant to the provisions of Local Rule 116.5(A). Based on that conference, this court enters the following report, to wit:

1. All discovery is complete, and no motions are pending

2. There will not be a trial in this case. The defendant intends to offer a plea of guilty;

3. As of the date of the Final Status Conference, this court finds and concludes that only fourteen (14) days has elapsed on the Speedy Trial clock;

4. The file is hereby ordered returned to the district judge to whom this case is assigned schedule a Rule 11 hearing.

---

[1] This amendment simply corrects the first name of the defendant to Frank, not Raymond, Bowman.

_____
UNITED STATES MAGISTRATE JUDGE