UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10293 JLT

ANTHONY P. RAYMOND

DEFENDANT'S EXHIBIT LIST

1. Federal Sentencing Guide

2. Section 5K1.1 of the United States Sentencing Guidelines

              */s/Roger Witkin*
              ROGER WITKIN
              Counsel for the Defendant
              6 Beacon Street, Suite l0l0
              Boston, MA 02l08
              Tel. 6l7 523 0027
              Fax 6l7 523 2024
              BBO No. 531780

Dated: September 19, 2005

\f127

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  **CRIMINAL NO.** 04 10293 JLT

ANTHONY P. RAYMOND

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Paul Moore, and a

courtesy copy to Ms. Zita Lovett, Courtroom Clerk for Honorable Joseph L. Tauro

Clerk of Court by mail and electronic filing, which was e-filed this day.

*/s/ Roger Witkin*
Roger Witkin
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATE: September 19, 2005