UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANTHONY P. RAYMOND, )<br>            Defendant. )<br>) | Crim. No. 04-10293-JLT |

### NOTICE OF APPEARANCE OF WAQAR HASIB

Please enter and add the appearance of Assistant U.S. Attorney Waqar Hasib for the United States of America in the above-captioned matter.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                          By:    /s/ Waqar Hasib
                                   WAQAR HASIB
                                   Assistant U.S. Attorney
                                   1 Courthouse Way, Suite 9200
                                   Boston, MA 02210
Date: September 21, 2005           (617) 748-3700

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                                                    Boston, Massachusetts
                                                                September 21, 2005

    I, Waqar Hasib, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on Defendant's Counsel, Roger Witkin, Esq., by first class mail.

                                              <u>/s/ Waqar Hasib</u>
                                              Waqar Hasib
                                              Assistant U.S. Attorney